1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    IN RE:  STEVEN WAYNE BONILLA          No. 2:25-cv-02725-JAM-CSK

12                                          No. 2:25-cv-02726-JAM-CSK

13                                          No. 2:25-cv-02742-JAM-CSK

14                                          No. 2:25-cv-02744-JAM-CSK

15                                          No. 2:25-cv-02754-JAM-CSK

16                                          No. 2:25-cv-02756-JAM-CSK

17                                          No. 2:25-cv-02758-JAM-CSK

18                                          No. 2:25-cv-02759-JAM-CSK

19                                          No. 2:25-cv-02762-JAM-CSK

20                                          No. 2:25-cv-02765-JAM-CSK

21

22

23

24                                          **ORDER**

25

26

27        Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

28   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

                                            1

1    litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

2    proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

3    Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

4    13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

5    the Court to open a new case for each attempted new pleading and assign it to the Court for

6    review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

7    Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

8         The Court has reviewed the complaints/petitions filed in the above-captioned cases and

9    finds they are related to Plaintiff's Alameda County criminal conviction.[1]

10        Accordingly, IT IS HEREBY ORDERED that 2:25-cv-02725, 2:25-cv-02726, 2:25-cv-

11   02742, 2:25-cv-02744, 2:25-cv-02754, 2:25-cv-02756, 2:25-cv-02758, 2:25-cv-02759, 2:25-cv-

12   02762 and 2:25-cv-02765 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE**

13   these cases.  **No further filings will be accepted**.

14

15   Dated:  October 7, 2025

16

17                                                    JOHN A. MENDEZ,
                                                      SENIOR UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25   _____

26   [1] In the caption of 2:25-cv-02726, plaintiff names the Tehama County Superior Court.  In the
     caption of 2:25-cv-02744, plaintiff names the Merced County Superior Court.  In the caption of
27   2:25-cv-02759, plaintiff names the Tulare County Superior Court.  To the extent plaintiff
     intended to raise the claims raised in these cases in the United States District Court for the Eastern
28   District of California, this Court finds that the claims raised in 2:25-cv-02726, 2:25-cv-02744 and
     2:25-cv-02759 are related to Plaintiff's Alameda County criminal conviction.

                                                    2